# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
CLERK OF COURT

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

2007 JAN 22 PH 3:54

DOCKETING SECTION
LORETTA G. WHYTE
CLERK

404-215-1655

January 18, 2007

Ms. Loretta G. Whyte, Clerk
United States District Court
C-151 Hale Boggs Federal Building
  United States Courthouse
500 Poydras Street
New Orleans, LA 70130

**Re:   USA v. LAWRENCE A. WILLIAMS**
       NDGA Case No. 1:07-mj-29
       Your Case Number: 2:00CR249-1S

Dear Ms. Whyte:

    Rule 5(c)(3) proceedings were held in this district on January 12, 2007. Enclosed are our documents of said proceeding and a certified copy of our docket sheet and commitment order.

    Please acknowledge receipt on the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1655.

Sincerely,

James N. Hatten
Clerk of Court

By:   s/Robin T. Holiday
      Deputy Clerk

Enclosures

CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:07-mj-00029-RGV-ALL
# Internal Use Only

Case title: USA v. Williams
Other court case number: 2:00CR249-1S USDC EDLA, New Orleans

Date Filed: 01/12/2007

Assigned to: Judge Russell G. Vineyard

**Defendant**

**Lawrence A. Williams** (1)
*TERMINATED: 01/12/2007*

represented by **Lawrence A. Williams**
PRO SE

**Mildred Geckler Dunn**
Federal Defender Program
100 Peachtree Street, N.W.
The Equitable Building, Suite 1700
Atlanta, GA 30303
404-688-7530
Email: Millie_Dunn@FD.Org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

ATTEST: A TRUE COPY
CERTIFIED THIS

NOV 02 2009

**Highest Offense Level (Terminated)**

None

James N. Hatten, Clerk
By: _____
Deputy Clerk

AO 94 (10/82) Commitment to Another District (Rev. 4/94)(NDGA) Case 2:00-cr-00240-MVL Document 63 Filed 01/22/2007 Page 1 of 1

FILED IN OPEN COURT
U.S.D.C. - Atlanta

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

JAN 1 2 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

vs.

LAWRENCE WILLIAMS,

**COMMITMENT TO ANOTHER DISTRICT**

CASE NO. 1:07-MJ-039

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2007 JAN 22 PM 3:55 LORETTA G. WHYTE CLERK

Charges against the defendant are filed based upon a(n):

☐ indictment    ☐ information    ☐ complaint    X SUPERVISED RELEASE

charging a violation of **Title 21, United States Code, Section(s) 841, 846.**

| | |
|---|---|
| **DISTRICT OF OFFENSE:** | EASTERN DISTRICT OF LOUISIANA |
| **DATE OF OFFENSE:** | |
| **DESCRIPTION OF CHARGES:** | VIOLATION OF SUPERVISED RELEASE |
| **BOND IS FIXED AT:** | $ No Bond |

**TO:    THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Dated at Atlanta, Georgia this _12th_ day of January, 2007.

_Russell G. Vineyard_
UNITED STATES MAGISTRATE JUDGE
RUSSELL G. VINEYARD

---

**RETURN**

ATTEST: A TRUE COPY
CERTIFIED THIS
NOV 02 2009
James N. Hatten, Clerk
By: _____ Deputy Clerk

This commitment was received and executed as follows:

**Date Commitment Order Received:**

**Place of Commitment:**

**Date Defendant Committed:**

**Date:**

**United States Marshal:**

**(By) Deputy Marshal:**

___ Fee _____
___ Process _____
X  Dkt _____
___ CtRmDep _____
___ Doc. No. ___4___

FILED IN OPEN COURT
U.S.D.C  Atlanta

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

JAN 1 2 2007

JAMES N. HATTEN, Clerk
By Deputy Clerk

UNITED STATES OF AMERICA,

vs.

LAWRENCE WILLIAMS

WAIVER OF RULE 40 HEARINGS

(EXCLUDING PROBATION CASES)

CASE NO. 1:07-MJ-029

I, LAWRENCE WILLIAMS, understand that in the EASTERN DISTRICT OF LOUISIANA, charges are pending alleging violation of SUPERVISED RELEASE, and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge(s) and of my right to:

(1) retain counsel or requires the assignment of counsel if I am unable to retain counsel,
(2) request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty,
(3) an identity hearing to determine if I am the person named in the charge, and
(4) a preliminary examination (unless indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or in the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☐ identity hearing
☐ preliminary examination
☐ identity hearing and have been informed I have no right to a preliminary examination
☒ identity hearing but request a preliminary examination be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

Dated in Atlanta, Georgia this 12TH day of January, 2007.

/s/ Lawrence Williams
DEFENDANT

/s/ 
DEFENSE COUNSEL

3

MAGISTRATE'S CRIMINAL MINUTES
REMOVALS (RULE 40)

FILED IN OPEN COURT
DATE: 1-12-07 @ 3:50
TAPE: 07-04 @ 5752
TIME: ____ Hrs. 25 Mins.

MAGISTRATE JUDGE RUSSELL G. VINEYARD PRESIDING

P.M. WALKER DEPUTY CLERK

CASE NUMBER 1:07mj-029   DEFENDANT'S NAME Lawrence Williams
AUSA Howard   DEFENDANT'S ATTY Mildred Dunn
USPO B. Murphy   Type Counsel (circle)   Retained   CJA   (FDP)

✓ Initial appearance hearing held.
✓ Defendant informed of rights.
✓ ORDER appointing Federal Defender Program attorney for defendant.
____ ORDER appointing _____ attorney for defendant.
____ ORDER defendant shall pay attorney's fees as follows: _____

____ Defendant WAIVES removal hearing (as to IDENTITY only). WAIVER FILED.
____ Defendant WAIVES preliminary hearing (___ In this district only). WAIVER FILED.
____ Removal hearing set/reset/cont to _____ @ _____.
____ Removal hearing HELD.
____ Order finding Probable Cause. Defendant held to District Court for removal to other district.
____ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
✓ Order defendant removed to other district. Commitment issued 1-12-07
____ Miscellaneous: _____

### BOND/PRETRIAL DETENTION HEARING

✓ Government Motion for DETENTION filed /oral. | granted
✓ Bond/Pretrial DETENTION hearing held.
____ Pretrial detention hearing set for _____. (__ In charging district)
____ (___VERBAL) Motion to reduce bond GRANTED.
____ (___VERBAL) Motion to reduce bond DENIED.
____ Pretrial DETENTION ORDERED. (Written order to follow _____).
____ BOND SET at $_____.
    ____ NON-SURETY
    ____ SURETY/CASH: ____ Property Acceptable: ____ Corporate Surety Only
    ____ Combination: _____
____ SPECIAL CONDITIONS: _____

____ BOND FILED. Defendant RELEASED.
____ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.



Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

1:07-mj-29

Millie Dunn

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender : LAWRENCE A WILLIAMS         Case Number : 053L 2:00CR00249-001S

Name of Sentencing Judicial Officer : Honorable Mary Ann Vial Lemmon

Offense : 18 USC 1028 and 18 USC 1341 - Identity theft and mail fraud         Identity Theft

Date of Sentence : October 24, 2001

Sentence : 33 months in the custody of the Bureau of Prisons and ordered to pay restitution in the amount of $34,000.00, at a rate of $500.00 per month. Upon release, he was placed on a three year term of supervised release. A $200.00 special assessment fee was also ordered.

Special Conditions :

1. Orientation and life skills
2. Financial disclosure
3. Financial restriction
4. Pay any restitution imposed by this judgement

| Type of Supervision : Supervised Release | Date Supervision Commenced : December 16, 2003 |
|---|---|
| Assistant U.S. Attorney : Marvin Opotowsky | Defense Attorney : Ike Spears |

### PETITIONING THE COURT

[ X ] To issue a warrant                                       [ ] To issue a summons

For the arrest of Lawrence A Williams for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | Williams has not submitted payments towards restitution as ordered by the court. His last payment was submitted on October 20, 2004. He has a current balance of $33,505.00. |
| Standard Condition No. 2 | Williams has failed to submit truthful monthly supervision reports and has not reported as directed to the U.S. Probation Office. The reports for August 2005 through January 2006 have not been received from Williams. He has not reported to the U.S. Probation Office since August 23, 2005. |
| Standard Condition No. 6 | Williams failed to report a change in residence or employment. Since Hurricane Katrina, Williams failed to notify the U.S. Probation Office of a change in residence. His whereabouts are unknown at this time. |

___ Fee
___ Process
X  Dktd
___ CiRmDen
___ Doc. No.

CUSTODIAL STATUS :

Williams is not in custody at this time.

Executed on: February 03, 2006

Rodd M. Felix
U.S. Probation Officer
504-589-3238

REVIEWED BY:

Christy L. Waters
Supervising U. S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/3/06
Date

CLERK'S OFFICE
A TRUE COPY
FEB - 6 2006
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

Address of Offender:    545 Vallette Street
                        New Orleans, LA 70114

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
    Original       - Clerk's Office
    1 Copy Certified  - U.S. Attorney
    1 Copy Certified  - U.S. Marshal's Office
    2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING



AO 442 (Rev.10/03) Warrant for Arrest

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

LAWRENCE A. WILLIAMS

**WARRANT FOR ARREST**

RETURN

CASE NUMBER: CR 00-249 "S"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Lawrence A. Williams, 545 Vallette St., New Orleans, LA 70114** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    (X) Order of Court    ( ) Probation Violation Petition    ( ) Supervised Release Violation Petition    ( ) Violation Notice

charging him or her with violation of supervised release

in violation of Title United States Code, Section( )

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer

**February 6, 2006   New Orleans, Louisiana**
Date and Location

(By) Deputy Clerk

Bail fixed at $_____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# 27130-034

**FILED IN OPEN COURT**
U.S.D.C Atlanta

JAN 12 2007

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA,

 Plaintiff,

vs.

LAWRENCE WILLIAMS,

 Defendant.

CASE NO. 1:07-MJ-029

## ORDER APPOINTING COUNSEL

MILDRED DUNN

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 12TH day of January, 2007.

_____
**UNITED STATES MAGISTRATE JUDGE**