## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-249 |
| v. | * | SECTION: "S" |
| LAWRENCE WILLIAMS | * | |

* * *

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents the following:

I.

On June 12, 2001, the defendant, Lawrence Williams, appeared before this Honorable Court and pled guilty to Counts 3 and 17 of the second superseding indictment which charged him with violating Title 18, United States Code, Sections 1028(a)(7),1028(b)(1)(D), 1341, 2, and 3147, relative to identity fraud, mail fraud and wire fraud. On October 24, 2001, the defendant was sentenced to a term of 33 months in the custody of the Bureau of Prisons as to Counts 3 and 17 with an 8 month statutory enhancement as to Count 17 to be served consecutively. It was further ordered that the defendant make restitution in the amount of $34,000.00. Upon release from imprisonment, the defendant was placed on supervised release for a term of three years.

(see copy of J&C attached as Exhibit 1). Defendant's supervised release commenced on December 16, 2003.

II.

As set forth in the attached Petition for Warrant or Summons for Offender Under Supervision (copy attached as Exhibit 2) the defendant has violated the conditions of his supervised release in the following respects:

1. Williams has not submitted payments towards restitution as ordered by the court. His last payment was submitted on October 20, 2004. He has a current balance of $33,505.00.
2. Williams has failed to submit truthful monthly supervision reports and has not reported as directed to the U.S. Probation Office. The reports for August 2005 through January 2006 have not been received from Williams. He has not reported to the U.S. Probation Office since August 23, 2005.
3. Williams failed to report a change in residence or employment since Hurricane Katrina. Williams failed to notify the U.S. Probation Office of a change in residence. His whereabouts were unknown until he was recently arrested in Georgia.

**WHEREFORE**, the Government prays that the defendant, Lawrence Williams be brought before this Court and a copy of this rule be served upon him, and that he be ordered to show cause, if any he can, on the _____ day of _____, at _____ **a.m./p.m.,** 500 Poydras Street, New Orleans, Louisiana, why his supervised release should not be revoked for violation of the terms and conditions of his supervised release.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

/s/ Marvin Opotowsky
MARVIN OPOTOWSKY (10221)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room B210
New Orleans, Louisiana 70130
marvin.opotowsky@usdoj.gov
(504) 680-3117

## CERTIFICATE OF SERVICE

     I hereby certify that on January 31, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to George Chaney, Attorney at Law.

                                  /s/ Marvin Opotowsky
                                  Marvin Opotowsky
                                  Assistant United States Attorney