UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 31 2001
LORETTA G. WHYTE
CLERK**

UNITED STATES OF AMERICA

vs. LAWRENCE WILLIAMS      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         00-249 "S"
                          (SOC.SEC. NO.)       (CASE NO./SEC.)

**GOVERNMENT EXHIBIT 1**

JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government,   Month    Day    Year
the defendant appeared in person on this date -------( October  24    2001 )

__ WITHOUT COUNSEL   However the court advised defendant of right to counsel and asked
                     whether defendant desired to have counsel appointed by the court
                     and the defendant thereupon waived assistance of counsel.

X WITH COUNSEL       Ike Spears, 1555 Poydras St., Suite 1710 New Orleans, La. 70112
Court Reporter's Name: Cindy Usner; U.S. Probation Officer: David L. Arena
PLEA: X GUILTY, and the court being satisfied    __ NOLO CONTENDERE    __ NOT GUILTY
      that there is a factual basis for the plea.
      There being a finding
                ( X  GUILTY on June 12, 2001.
Defendant has been convicted as charged of the offense(s) of 18 USC 1028(a)(7) and 1028 (b)(1)(D); 18 USC 1341, 2, and 3147 (Counts 3 and 17)
SECOND SUPERSEDING INDICTMENT FOR IDENTITY FRAUD, MAIL FRAUD, AND WIRE FRAUD

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 33 months as to Count 3 and 17 to be served concurrently, with an 8 month statutory enhancement as to Count 17, to be served consecutively. It is further ordered that the defendant make restitution to the following in the following amounts: Chase Manhattan Bank, Attn. Sr. Fraud Investigator Robert Heikkila, 4900 Memorial Highway, F.S. III, 2nd Floor, Tampa, Florida 33634 - $25,000.00; Pittsburgh National Bank, #1 PNC Plaza, 249 5th Avenue, 21st Floor, Pittsburgh, Pennsylvania 75222-2707 - $7,500.00; Confinity Pay Pal, 3394 University Avenue, Palo Alto, California 94301 - $1,000.00; Coach, Inc., #1 Coach Way, Jacksonville, Florida 32118 - $500.00. Any payment that is not paid in full shall be divided proportionately among the entities names. The payment of the restitution of $34,000.00 shall begin while the defendant is incarcerated. Upon release, any unpaid balance shall be paid at a rate of $500.00 per month. The court finds that the defendant does not have the ability to pay interest on the restitution and thus waives the interest. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years on each of Counts 3 and 17, to be served concurrently. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release the defendant shall comply with the mandatory and standard conditions that have been adopted by this Court and shall not possess a firearm. In addition, the following special conditions are imposed: 1) The defendant shall participate in an orientation and life skills program as directed by the probation officer; 2) The defendant shall make complete disclosure of his personal and business finances and submit to an audit of his financial records as directed by the probation officer; 3) The defendant shall refrain from opening new lines of credit or incurring new charges without the permission of the probation officer; 4) The defendant shall pay any restitution that is imposed by this judgment. The Court finds that the defendant does not have the ability to pay a fine and accordingly no fine is imposed. The Court recommends that the defendant be considered for placement in the Intensive Confinement Component (Boot Camp) Program of the U.S. Bureau of Prisons. The Court further recommends that the defendant be designated to a facility as close as possible to New Orleans, Louisiana so that he can be near his family.
       On motion of the Government, it is ordered that the all underlying counts are dismissed.

IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment in the total amount of $200.00 as to Count(s) 3 and 17

IT IS FURTHER ORDERED that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, IT IS HEREBY ORDERED that the general conditions of probation/supervised release set out on the reverse side be imposed.

DATE OF ENTRY
OCT 31 2001

CERTIFIED AS A TRUE COPY
ON THIS DATE, 10-31-01

SIGNED BY:
XX U.S. District Judge
                              (Date) 10/31/01

BY: _____
    Deputy Clerk

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

*U.S. FILED EASTERN DISTRICT COURT 2006 FEB -3 PM 12 LORETTA G. WHYTE CLERK*

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** LAWRENCE A WILLIAMS          **Case Number:** 053L 2:00CR00249-001S

**Name of Sentencing Judicial Officer:** Honorable Mary Ann Vial Lemmon

**Offense:** 18 USC 1028 and 18 USC 1341 - Identity theft and mail fraud

**Date of Sentence:** October 24, 2001

**Sentence:** 33 months in the custody of the Bureau of Prisons and ordered to pay restitution in the amount of $34,000.00, at a rate of $500.00 per month. Upon release, he was placed on a three year term of supervised release. A $200.00 special assessment fee was also ordered.

**Special Conditions:**

1. Orientation and life skills
2. Financial disclosure
3. Financial restriction
4. Pay any restitution imposed by this judgement

GOVERNMENT EXHIBIT 2

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** December 16, 2003

**Assistant U.S. Attorney:** Marvin Opotowsky          **Defense Attorney:** Ike Spears

---

### PETITIONING THE COURT

[ X ] To issue a warrant                                                    [ ] To issue a summons

For the arrest of Lawrence A Williams for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | Williams has not submitted payments towards restitution as ordered by the court. His last payment was submitted on October 20, 2004. He has a current balance of $33,505.00. |
| Standard Condition No. 2 | Williams has failed to submit truthful monthly supervision reports and has not reported as directed to the U.S. Probation Office. The reports for August 2005 through January 2006 have not been received from Williams. He has not reported to the U.S. Probation Office since August 23, 2005. |
| Standard Condition No. 6 | Williams failed to report a change in residence or employment. Since Hurricane Katrina, Williams failed to notify the U.S. Probation Office of a change in residence. His whereabouts are unknown at this time. |

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

**CUSTODIAL STATUS:**

Williams is not in custody at this time.

Executed on: February 03, 2006

_Rodd M. Felix_
Rodd M. Felix
U.S. Probation Officer
504-589-3238

REVIEWED BY:

_Christy L. Waters_
Christy L. Waters
Supervising U. S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Mary Ann Vial Lemmon_
Signature of Judicial Officer

2/3/06
Date



Address of Offender:   545 Vallette Street
                       New Orleans, LA 70114

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
   Original         - Clerk's Office
   1 Copy Certified  - U.S. Attorney
   1 Copy Certified  - U.S. Marshal's Office
   2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

