MINUTE ENTRY
MOORE, M.J.
JANUARY 29, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO: 00-249 |
| LAWRENCE A. WILLIAMS | SECTION "S" |

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:   X   DEFENDANT WITH (WITHOUT) COUNSEL _____
                X   ASSISTANT U.S. ATTORNEY MARVIN OPOTOWSKY - Kevin Boitmann
                X   PROBATION OFFICER RODD M. FELIX - not present for
                ___ INTERPRETER _____ SWORN
                (TIME: ____.M to ____.M)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
February 8, 2007 at 2:00 p.m.
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
January 30, 2007 at 2:00 p.m.
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
     BEFORE UNITED STATES DISTRICT JUDGE MARY ANN VIAL LEMMON

MJSTAR:   :13

__ Fee _____
__ Process _____
X / Dktd _____
__ CtRmDep _____
__ Doc. No _____