UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

LAWRENCE A. WILLIAMS

CR. NO. 00-249  S

**ORDER**

___ Appointing Counsel

___ Substituting Counsel For

___ Ratifying Prior Service

___ Extending Appointment For Appeal

CHARGE:  SUPERVISED RELEASE VIOLATION

___FELONY    ____MISDEMEANOR

 X  The defendant, having satisfied this Court that he/she:  (1) is financially unable to employ counsel, and
(2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public
Defender named below is hereby appointed to represent this defendant in the above designated case until
relieved by order of the District Court:

**VIRGINIA SCHLUETER, FEDERAL PUBLIC DEFENDER, HALE BOGGS  FEDERAL
BLDG., RM 318, 501 MAGAZINE ST, NEW ORLEANS, LA 70130 PHONE: (504)589-2468**

___ Federal Public Defender is appointed for the limited purpose of:

___ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is
totally indigent.

___ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of
counsel, the total amount of $_____ to be paid within 10 working days
or by _____.

___ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services
of counsel, $ _____ per month.  This amount is to be paid,  beginning on _____, 20___,
until further orders of the Court.

Dated at New Orleans, Louisiana, on    JANUARY 29, 2007

UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit Clerk (Only if defendant is ordered to pay)

___ Fee/_____
___ Process_____
 X  Dktd _____
___ CtRmDep_____
___ Doc. No_____

# FINANCIAL AFFIDAVIT
**CJA 23** (Rev. 5/98)

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES    ☐ MAGISTRATE    ☐ DISTRICT    ☐ APPEALS COURT or    ☐ OTHER PANEL (Specify below)
IN THE CASE OF

_____ VS. _____

FOR

AT

| LOCATION NUMBER |
| --- |
| |

**PERSON REPRESENTED** (Show your full name)

*Lawrence A. Williams*

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

**DOCKET NUMBERS**

Magistrate _____

District Court *00-249 S*

Court of Appeals _____

**CHARGE/OFFENSE** (describe if applicable & check box →)    ☐ Felony    ☐ Misdemeanor

## ASSETS

### EMPLOYMENT

Are you now employed?  ☐ Yes  ☒ No  ☐ Am Self Employed  *Last worked Oct. 06*

Name and address of employer: *Coca Cola Co - Atlanta, GA.*

**IF YES,** how much do you earn per month? $ ___

**IF NO,** give month and year of last employment  How much did you earn per month? $ *2000/month*

If married is your Spouse employed?  ☐ Yes  ☐ No

**IF YES,** how much does your Spouse earn per month? $ ___    If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

### OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self–employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**

RECEIVED $ *1000/mo*    SOURCES *Part Time Work - Ebay/Ass Co concerts*

### CASH

Have you any cash on hand or money in savings or checking account  ☒ Yes  ☐ No  **IF YES,** state total amount $ *500.00*

### PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

**IF YES, GIVE THE VALUE AND DESCRIBE IT**

| VALUE | DESCRIPTION |
| --- | --- |
| $ | |
| | |
| | |

## OBLIGATIONS & DEBTS

### DEPENDENTS

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents *0*

List persons you actually support and your relationship to them

### DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
| --- | --- | --- |
| *Utilities* | $ | $ *1600.00* |
| *Student Loans* | $ *30,000.00* | $ *Not paying* |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) *January 29, 2007*

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Lawrence Williams*