UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL DOCKET NO. 00-249 |
| v. | * | SECTION: "S" |
| **LAWRENCE WILLIAMS** | * | |
| | * * * | |

**O R D E R**

**IT IS HEREBY ORDERED** that the defendant, Lawrence Williams, be brought before this Court, a copy of this rule be served upon him, and that he show cause, if any he can, on the 7 day of February, **2007**, at 2 p **a.m./p.m.**, why the supervised release granted by the United States District Court for the Eastern District of Louisiana, should not be revoked for violations of the terms and conditions of his supervised release.

New Orleans, Louisiana, this 1st day of February, 2007.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE