
MINUTE ENTRY
VIAL LEMMON, J.
FEBRUARY 7, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 00-249 |
| LAWRENCE WILLIAMS | SECTION "S" |

JUDGE MARY ANN VIAL LEMMON, PRESIDING

**WEDNESDAY, FEBRUARY 7, 2007 AT 2:00 P.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:  Cynthia Crawford

APPEARANCES:    Marvin Opotowsky for the Government
                George Chaney for the defendant

**REVOCATION HEARING**

The defendant was present with his attorney.

The allegations contained in the Rule to Revoke were stipulated to.

The court revoked the defendant's term of supervised release imposed on October 24, 2001. Written judgment shall be entered.

The defendant was remanded to the custody of the U.S. Marshal, to be released.

JS-10: 0:15